IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JASON M. CARTER | ) | |
| | ) | |
| v. | ) | NO. 3:14-1337 |
| | ) | |
| STATE OF TENNESSEE, et al. | ) | |

**O R D E R**

By Order entered July 2, 2014 (Docket Entry No. 9), the Court referred this action to the Magistrate Judge to enter a scheduling order for management of the case, to dispose or recommend disposition of any pretrial motions under 28 U.S.C. §§ 636(b)(1)(A) and (B), and to conduct further proceedings, if necessary, under Rule 72 (b) of the Federal Rules of Civil Procedure, and the Local Rules of Court.

The Plaintiff is advised that he is responsible for serving the Defendants with the summons and complaint, in compliance with Rule 4 of the Federal Rules of Civil Procedure, and that he must serve the Defendants with the summons and complaint within 120 days of the filing of the complaint in accordance with Rule 4(m) or this action will be dismissed, unless this time is extended by the Court upon a showing of good cause.

The Plaintiff's motion (Docket Entry No. 2) "to grant federal witness status" is DENIED. There is no such thing as "federal witness status" that can be granted by the Court as is requested by the plaintiff.

Any party desiring to appeal this Order may do so by filing a motion for review no later than fourteen (14) days from the date this Order is served upon the party. The motion for review must be

accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for appeal. See Rule 72.02(b) of the Local Rules of Court.

So ORDERED.

JULIET GRIFFIN
United States Magistrate Judge